1  **LAW OFFICES OF MARK WRAY**
2  Mark Wray
   608 Lander Street
3  Reno, Nevada 89509
4  Telephone: 775.348.8877

5  **BERNSTEIN LIEBHARD LLP**
6  Sandy A. Liebhard
   U. Seth Ottensoser
7  Joseph R. Seidman, Jr.
   10 E. 40th Street
8  New York, NY 10016
9  Telephone: 212.779.1414

10

11              UNITED STATES DISTRICT COURT
12                   DISTRICT OF NEVADA
13

14

| 15 | FRANK J. FOSBRE, JR., On Behalf of Himself and All Others Similarly Situated, | CASE NO.: 2:10-CV-00765-KJD |
|---|---|---|
| 16 | | |
| 17 | Plaintiff, | MOTION OF ALVARO ELIZONDO, JAMES LOWELL, WENDELL AND SHIRLEY COMBS, AND MADHURI PARMAR TO CONSOLIDATE RELATED CASES, BE APPOINTED AS LEAD PLAINTIFFS, AND FOR APPROVAL OF THEIR CHOICE OF COUNSEL |
| 18 | vs. | |
| 19 | LAS VEGAS SANDS CORPORATION, SHELDON ADELSON, and WILLIAM WEIDNER, | |
| 20 | | |
| 21 | | |
| 22 | Defendants. | |

23
24
25
26
27
28

32834v1

| | |
|---|---|
| SHIRLEY AND WENDELL COMBS, On Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>LAS VEGAS SANDS CORPORATION, SHELDON ADELSON, and WILLIAM WEIDNER,<br><br>Defendants. | CASE NO.: 2:10-cv-01210-PMP-PAL |

30548v1

Class members Alvaro Elizondo, James Lowell, Wendell and Shirley Combs, and Madhuri Parmar as trustee for Madhuri Parmar trust ("Movants") hereby move this Court pursuant to the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4, for an Order: (a) consolidating the related cases; (b) appointing Movants to serve as lead plaintiffs; and (c) approving Movants' choice of counsel.  In support of their motion, Movants submit:  (a) a Memorandum of Law, dated July 26, 2010; (b) a Declaration of Joseph R. Seidman, Jr. dated July 26, 2010; and (c) a (Proposed) Order granting Movants' motion for consolidation of related cases, appointment as lead plaintiffs, and approval of choice of counsel.

DATED:  July 26, 2010            Respectfully submitted,

*/s/ Mark Wray*

**LAW OFFICES OF MARK WRAY**
Mark Wray
608 Lander Street
Reno, Nevada  89509
Telephone: 775.348.8877

**Liasion Counsel for Movants**

**BERNSTEIN LIEBHARD LLP**
Sandy A. Liebhard
U. Seth Ottensoser
Joseph R. Seidman, Jr.
10 E. 40th Street
New York, NY  10016
Telephone: 212.779.1414

**Counsel for Movants and Proposed Lead Counsel for the Class**

8983v1

# CERTIFICATE OF SERVICE

The undersigned certifies that a true copy of the foregoing document was sealed in an envelope with first-class postage prepaid thereon and deposited in the U.S. Mail at Reno, Nevada on July 26, 2010 addressed to the following:

Oliver J. Pancheri
Santoro Driggs Walch Kearney Johnson & Thompson
400 S. Fourth St., 3rd Floor
Las Vegas, NV 89101

David C. O'Mara
The O'Mara Law Firm, P.C.
311 E. Liberty St.
Reno, NV 89501

*[signature]*