THE O'MARA LAW FIRM, P.C.
WILLIAM M. O'MARA (Nevada Bar No. 837)
DAVID C. O'MARA (Nevada Bar No. 8599)
311 East Liberty Street
Reno, NV  89501
Telephone:  775/323-1321
775/323-4082 (fax)

[Proposed] Liaison Counsel

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| FRANK J. FOSBRE, JR., Individually and On Behalf of All Others Similarly Situated,<br><br>              Plaintiff,<br><br>  vs.<br><br>LAS VEGAS SANDS CORP., et al.,<br><br>              Defendants. | No. 2:10-cv-00765-KJD-LRL<br><br>CLASS ACTION |
| WENDELL AND SHIRLEY COMBS, On Behalf of Themselves and All Others Similarly Situated,<br><br>              Plaintiffs,<br><br>  vs.<br><br>LAS VEGAS SANDS CORP., et al.,<br><br>              Defendants. | No. 2:10-cv-01210-PMP-PAL<br><br>CLASS ACTION |

DECLARATION OF BRIAN O. O'MARA IN SUPPORT OF THE PENSION AND RETIREMENT GROUP'S MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF COUNSEL

573317_1

I, Brian O'Mara, declare as follows:

I am an attorney duly licensed to practice before the courts of the State of Nevada. I am an attorney associated with the law firm Robbins Geller Rudman & Dowd LLP, counsel for Pompano Beach Police & Firefighters' Retirement System's ("Pompano Beach") and Alaska Electrical Pension Fund's ("Alaska Electrical") (collectively, the "Pension and Retirement Group" or "Movant") and proposed lead counsel for the class. I make this declaration in support of the Pension and Retirement Group's Motion for Consolidation, Appointment as Lead Plaintiff, and Approval of Lead Plaintiff's Selection of Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

Attached hereto are true and correct copies of the following exhibits:

Exhibit A: Movant's Sworn Certifications;

Exhibit B: Joint Declaration in Support of the Pension and Retirement Group's Motion for Appointment as Lead Plaintiff and Approval of Selection of Counsel;

Exhibit C: Notice of class action published on the *Business Wire* on May 25, 2010; and

Exhibit D: Firm résumé for Robbins Geller Rudman & Dowd LLP.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 26th day of July, 2010, at San Diego, California.

                                                      s/ BRIAN O. O'MARA
                                                      BRIAN O. O'MARA

CERTIFICATE OF SERVICE

I hereby certify that on July 26, 2010, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List, and to:

U. Seth Ottensoser
Joseph R. Seidman, Jr.
Bernstein Liebhard LLP
10 East 40th Street
New York, NY  10016

Mark Wray;
Law Offices of Mark Wray
608 Lander Street
Reno, NV  89509

Alfred G. Yates, Jr.
Law Offices of Alfred G. Yates, Jr., P.C.
519 Allegheny Building
429 Forbes Avenue
Pittsburgh, PA  15219

Robert Sugarman
Sugarman & Susskind
100 Miracle Mile, Suite 300
Coral Gables, FL  33134

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on July 26, 2010.

s/ BRIAN O. O'MARA
BRIAN O. O'MARA

ROBBINS GELLER RUDMAN
    & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail: bomara@rgrdlaw.com

573317_1

# Mailing Information for a Case 2:10-cv-00765-KJD-LRL

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **David C OMara**
  david@omaralaw.net,val@omaralaw.net

- **Oliver J Pancheri**
  OPancheri@nevadafirm.com,rjenkins@nevadafirm.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)