**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FRANK J. FOSBRE, JR.,  Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>LAS VEGAS SANDS CORP., *et al.,*<br><br>Defendants. | Case No.  2:10-cv-00765-KJD-GWF<br>**Consolidated with:**<br>Case No.:  2:10-cv-01210-KJD-GWF<br><br><br>**ORDER** |

This matter is before the Court on the parties' failure to file a proposed Stipulated Discovery Plan and Scheduling Order.  The Amended Complaint (#28) in this matter was filed November 1, 2010.  Defendants filed a Motion to Dismiss Consolidated Amended Class Action Complaint (#37) January 10, 2011.  Pursuant to LR 26-1, the parties were required to meet and/or confer as required by Fed. R. Civ. P. 26(f) within 30 days after the first defendant answered or otherwise appeared, and 14 days thereafter to file a mandatory stipulated discovery plan and scheduling order.  To date, the parties have not complied.  Accordingly,

**IT IS HEREBY ORDERED** that the parties shall file a stipulated Discovery Plan and Scheduling Order not later than **March 10, 2011** in compliance with the provisions of LR 26-1 of the Rules of Practice of the United States District Court for the District of Nevada.

DATED this 28th day of February, 2011.

GEORGE FOLEY, JR.
United States Magistrate Judge