# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| FRANK J. FOSBRE, JR., Individually and on Behalf of All Others Similarly Situated, | Case No. 2:10-CV-00765-APG-GWF |
| Plaintiff, | **ORDER** |
| v. | (Dkt. #123) |
| LAS VEGAS SANDS CORP, *et al.*, | |
| Defendants. | |

On February 3, 2014, I granted the parties' stipulation to suspend briefing on Plaintiff's Motion to Expand the Certified Class Period (Dkt. #123) until the United States Supreme Court issued a decision in *Halliburton Co. v. Erica P. John Fund, Inc.* (Dkt. #129.)  Pursuant to the stipulation, the parties were to meet and confer to discuss a proposed schedule for supplemental discovery and/or briefing if necessary following the Supreme Court's decision.  The Supreme Court issued its decision in Halliburton on June 23, 2014.  *See Halliburton Co. v. Erica P. John Fund, Inc.*, --- U.S. ----, 134 S. Ct. 2398 (2014).  To date, the parties have not provided the Court with any proposed schedule for supplemental discovery or for completing briefing on the pending motion.  Therefore, the Plaintiff's Motion to Expand the Certified Class Period (Dkt. #123) is hereby **DENIED without prejudice** to re-filing a similar motion with any adjustments as are necessary in light of the *Halliburton* decision.

DATED this 26th day of September, 2014.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE