THE O'MARA LAW FIRM, P.C.
WILLIAM M. O'MARA (Nevada Bar No. 837)
DAVID C. O'MARA (Nevada Bar No. 8599)
311 East Liberty Street
Reno, NV  89501
Telephone:  775/323-1321
775/323-4082 (fax)

Liaison Counsel

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| FRANK J. FOSBRE, JR., Individually and On Behalf of All Others Similarly Situated, ) ) ) | No. 2:10-cv-00765-APG-GWF **(Consolidated)** |
| Plaintiff, ) ) | CLASS ACTION |
| vs. ) ) | |
| LAS VEGAS SANDS CORP., et al., ) ) | |
| Defendants. ) ) ) | |

STIPULATION AND ~~[PROPOSED]~~ ORDER REGARDING UNSEALING TRANSCRIPT

Plaintiffs Pompano Beach Police & Firefighters' Retirement System and Alaska Electrical Pension Fund, defendants Las Vegas Sands Corp. and Sheldon G. Adelson, and defendant William P. Weidner (collectively, the "Parties") hereby stipulate to the following:

WHEREAS, a Motion Hearing was held on July 6, 2015 before the Honorable George W. Foley, Jr., United States Magistrate Judge;

WHEREAS, the transcript of the Motion Hearing was initially sealed by the Court pursuant to the Parties' Stipulated Protective Order in this matter (*see* July 14, 2015 be Order Temporarily Unsealing Notes (Dkt. No. 168)); and

WHEREAS, at the direction of the Court, the Parties have met and conferred and agreed that the following portions of the July 6, 2015 hearing transcript are to remain sealed pursuant to defendants' confidential designations under the Parties' Stipulated Protective Order:

6:5-25; 7:1-8, 13-16; 14:1-4; 15:23-25; 16:1-19; 20:2-8; and 21:1-4.

NOW THEREFORE, the undersigned Parties, by and through their counsel of record, stipulate and agree, subject to the approval of the Court, that the remaining portions of the July 6, 2015 hearing transcript be unsealed.

IT IS SO STIPULATED.

DATED:  August 24, 2015                ROBBINS GELLER RUDMAN
                                         & DOWD LLP
                                       SPENCER A. BURKHOLZ
                                       STEVEN W. PEPICH
                                       ERIC I. NIEHAUS
                                       CHRISTOPHER D. STEWART


                                            s/ ERIC I. NIEHAUS
                                       _____
                                            ERIC I. NIEHAUS

- 1 -

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

Lead Counsel for Plaintiff

THE O'MARA LAW FIRM, P.C.
WILLIAM M. O'MARA (Nevada Bar No. 837)
DAVID C. O'MARA (Nevada Bar No. 8599)
311 East Liberty Street
Reno, NV  89501
Telephone:  775/323-1321
775/323-4082 (fax)

Liaison Counsel

SUGARMAN & SUSSKIND
ROBERT SUGARMAN
100 Miracle Mile, Suite 300
Coral Gables, FL  33134
Telephone:  305/529-2801
305/447-8115 (fax)

Additional Counsel for Plaintiff

DATED:  August 24, 2015

SIDLEY AUSTIN LLP
WALTER C. CARLSON
JAMES W. DUCAYET
COURTNEY A. HOFFMANN


s/ COURTNEY A. HOFFMANN w/permission
COURTNEY A. HOFFMANN

One South Dearborn
Chicago, IL 60603
Telephone:  312/853-7000
312/853-7036 (fax)

Attorneys for Defendants Las Vegas Sands Corp.
and Sheldon G. Adelson

- 2 -

DATED:  August 24, 2015

PAUL HASTINGS LLP
WILLIAM F. SULLIVAN
D. SCOTT CARLTON
SARAH KELLY-KILGORE


<u>s/ D. SCOTT CARLTON w/permission</u>
D. SCOTT CARLTON

515 South Flower Street, 25th Floor
Los Angeles, CA 90071
Telephone:  213/683-6000
213/627-0705 (fax)

Attorneys for Defendant William Weidner

IT IS SO ORDERED:

THE HONORABLE GEORGE W. FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE

DATED:  _August 28, 2015_____

- 3 -

1066342_1

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 24, 2015, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on August 24, 2015.

s/ ERIC I. NIEHAUS
ERIC I. NIEHAUS

ROBBINS GELLER RUDMAN
   & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:          ericn@rgrdlaw.com

1066342_1

## Mailing Information for a Case 2:10-cv-00765-APG-GWF

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Spencer A. Burkholz**
  spenceb@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Walter C. Carlson**
  wcarlson@sidley.com,efilingnotice@sidley.com

- **Daniel Scott Carlton**
  scottcarlton@paulhastings.com,lindayoung@paulhastings.com

- **James W. Ducayet**
  jducayet@sidley.com

- **Lawrence P. Fogel**
  lawrence.fogel@sidley.com

- **Matthew M. Fogelberg**
  mfogelberg@sidley.com,efilingnotice@sidley.com

- **Courtney A. Hoffmann**
  choffmann@sidley.com,emaassen@sidley.com,amurad@sidley.com,lawrence.fogel@sidley.com,efilingnotice@sidley.com,zmadonia@sidley.com,jplatt@sidley.com,bl

- **Andrew W. Hutton**
  dhutton@rgrdlaw.com

- **Sarah Kelly-Kilgore**
  sarahkellykilgore@paulhastings.com

- **Akke Levin**
  al@morrislawgroup.com,vln@morrislawgroup.com

- **Zachary A. Madonia**
  zmadonia@sidley.com

- **Steve L. Morris**
  sm@morrislawgroup.com,paf@morrislawgroup.com

- **Adam Murad**
  amurad@sidley.com,efilingnotice@sidley.com

- **Eric I. Niehaus**
  ericn@rgrdlaw.com,kirstenb@rgrdlaw.com

- **Brian O. O'Mara**
  bomara@rgrdlaw.com,jillk@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **David C OMara**
  david@omaralaw.net,val@omaralaw.net,bill@omaralaw.net

- **Seth Ottensoser**
  ottensoser@bernlieb.com

- **Steven Pepich**
  stevep@rgrdlaw.com,cstewart@rgrdlaw.com

- **Tamara Beatty Peterson**
  TPeterson@bhfs.com,eparcells@bhfs.com

- **Christopher D. Stewart**
  cstewart@rgrdlaw.com

- **William F Sullivan**
  williamsullivan@paulhastings.com,lisavermeulen@paulhastings.com,scottcarlton@paulhastings.com,ryanwalsh@paulhastings.com

- **Raleigh C. Thompson**
  rct@morrislawgroup.com,pac@morrislawgroup.com

- **Mark D Wray**
  mwray@markwraylaw.com,tmoore@markwraylaw.com,swray@markwraylaw.com,apeterson@markwraylaw.com

### Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

Patrick                    J. Coughlin
,