TAMARA BEATTY PETERSON, ESQ. (Nevada Bar No. 5218)
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV  89106-4614
Telephone: (702) 464-7046
Facsimile:  (702) 382-8135

WILLIAM F. SULLIVAN, ESQ.
*(Admitted Pro Hac Vice)*
williamsullivan@paulhastings.com
D. SCOTT CARLTON, ESQ.
*(Admitted Pro Hac Vice)*
scottcarlton@paulhastings.com
SARAH KELLY-KILGORE, ESQ.
*(Admitted Pro Hac Vice)*
sarahkellykilgore@paulhastings.com
PAUL HASTINGS LLP
515 South Flower Street, Twenty-Fifth Floor
Los Angeles, CA  90071-2228
Telephone: (213) 683-6000
Facsimile:  (213) 627-0705

Attorneys for Defendant William P. Weidner

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FRANK J. FOSBRE, JR., Individually and On Behalf of All Others Similarly Situated,<br><br>            Plaintiff,<br><br>v.<br><br>LAS VEGAS SANDS CORP., et al.<br><br>            Defendants. | CASE NO.:  2:10-cv-00765-APG-GWF<br><br><u>CLASS ACTION</u><br><br>**STIPULATION AND [PROPOSED] ORDER TO MODIFY SCHEDULING ORDER REGARDING THE EXPERT DISCOVERY CUT-OFF**<br><br><u>**FIRST REQUEST**</u><br><br>**Consolidated with:**<br><br>CASE NO.:  2:10-cv-01210-APG-GWF<br><br><u>CLASS ACTION</u> |
| SHIRLEY and WENDELL COMBS, On Behalf of Themselves and All Others Similarly Situated,<br><br>            Plaintiffs,<br><br>v.<br><br>LAS VEGAS SANDS CORP., et al.<br><br>            Defendants. | |

Pompano Beach Police & Firefighters' Retirement System and Alaska Electrical Pension Fund ("Plaintiffs"), Defendants Las Vegas Sands Corp. and Sheldon G. Adelson ("LVS Defendants"), and Defendant William P. Weidner (together with the LVS Defendants, the "Defendants") hereby stipulate to the following:

WHEREAS, on October 6, 2014, the Court entered the stipulated order with a proposed schedule, setting the Expert Discovery Cut-Off date for December 18, 2015. (Dkt. No. 133.)

WHEREAS, between August 28, 2015 and November 9, 2015 the Parties exchanged expert reports.

WHEREAS, the Parties have encountered scheduling conflicts with setting the depositions of the Parties' four expert witnesses prior to the Expert Discovery Cut-off of December 18, 2015.

WHEREAS, the Parties conferred in good faith regarding such scheduling difficulties and believe that it is in the best interests of fair and efficient litigation for the Expert Discovery Cut-off to be extended three calendar days, from December 18, 2015 to December 21, 2015, to allow for the completion of expert depositions.

WHEREAS, all other dates in the operative Scheduling Order will remain unchanged.

WHEREAS, the Parties believe that the foregoing reasons constitute good cause for amending the current schedule.

IT IS HEREBY STIPULATED that the Scheduling Order be modified as follows, as the Court deems appropriate:

| Litigation Event | Current Date | Modified To |
|---|---|---|
| Expert Discovery Cut-Off | December 18, 2015 | December 21, 2015 |

-1-

STIPULATION AND [PROPOSED] ORDER
REGARDING CASE MANAGEMENT SCHEDULE

1 | Dated: November 25, 2015

PAUL HASTINGS LLP
WILLIAM SULLIVAN
SARAH KELLY-KILGORE

/s/ D. SCOTT CARLTON
D. SCOTT CARLTON

515 South Flower Street, Twenty-Fifth Floor
Los Angeles, CA 90071-2228
Telephone: (213) 683-6000
Facsimile: (213) 627-0705

BROWNSTEIN HYATT FARBER SCHRECK, LLP
TAMARA BEATTY PETERSON
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
Telephone: (702) 464-7046
Facsimile: (702) 382-8135

*Attorneys for Defendant William P. Weidner*

|   |   |   |
|---|---|---|
| Dated: November 25, 2015 | | MORRIS LAW GROUP<br>STEVE MORRIS<br>AKKE LEVIN<br>RALEIGH THOMPSON<br><br> /s/ RALEIGH THOMPSON w/permission<br>RALEIGH THOMPSON<br><br>900 Bank of America Plaza<br>300 South Fourth Street<br>Las Vegas, NV 89101<br>Telephone: 702/474-9400<br>702/474-9422 (fax)<br><br>SIDLEY AUSTIN LLP<br>WALTER C. CARLSON<br>COURTNEY A. ROSEN<br>1 South Dearborn<br>Chicago, IL 60603<br>Telephone:  312/853-7000<br>312/853-7036 (fax)<br><br>*Attorneys for Defendants Las Vegas Sands Corp. and Sheldon G. Adelson* |

| | |
|---|---|
| Dated: November 25, 2015 | ROBBINS GELLER RUDMAN & DOWD LLP<br>SPENCER A. BURKHOLZ<br>STEVEN W. PEPICH<br>ERIC I. NIEHAUS<br>CHRISTOPHER D. STEWART |

　/s/ SPENCER A. BURKHOLZ w/permission
　　　SPENCER A. BURKHOLZ

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

*Lead Counsel for Plaintiff*

THE O'MARA LAW FIRM, P.C.
DAVID C. O'MARA (Nevada Bar No. 8599)
311 East Liberty Street
Reno, NV 89501
Telephone: 775/323-1321
775/323-4082 (fax)

*Liaison Counsel*

SUGARMAN & SUSSKIND
ROBERT SUGARMAN
100 Miracle Mile, Suite 300
Coral Gables, FL 33134
Telephone: 305/529-2801
305/447-8115 (fax)

*Additional Counsel for Plaintiff*


IT IS SO ORDERED:

_____/s/ George Foley Jr._____
GEORGE FOLEY, JR.
United States Magistrate Judge

DATED: __November 30, 2015_____

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106
(702) 382-2101

-4-   STIPULATION AND [PROPOSED] ORDER REGARDING CASE MANAGEMENT SCHEDULE

# CERTIFICATE OF SERVICE

I hereby certify that on November 25, 2015, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed in Los Angeles, CA on November 25, 2015.

/s/ D. SCOTT CARLTON
D. SCOTT CARLTON