MORRIS LAW GROUP
Steve Morris, Bar No. 1543
sm@morrislawgroup.com
Akke Levin, Bar No. 9102
al@morrislawgroup.com
Raleigh C. Thompson, Bar No. 11296
rct@morrislawgroup.com
900 Bank of America Plaza
300 South Fourth Street
Las Vegas, NV 89101
Telephone: (702) 474-9400
Facsimile: (702) 474-9422

*See signature block for additional counsel.

Attorneys for Defendants Las Vegas
Sands Corp. and Sheldon G. Adelson

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| FRANK J. FOSBRE, JR., Individually and On Behalf of All Others similarly Situated,<br><br>Plaintiffs,<br>v.<br>LAS VEGAS SANDS CORP., et al.,<br>Defendants. | Case No. 2:10-cv-00765-APG-GWF<br><br>**STIPULATION TO EXTEND TIME TO COMPLY WITH JANUARY 14, 2016 ORDER**<br><br>**(FIRST REQUEST)** |
| SHIRLEY and WENDELL COMBS, On Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br>v.<br>LAS VEGAS SANDS CORP., et al.,<br>Defendants. | Consolidated with:<br>Case No. 2:10-cv-00120-APG-GWF |

Plaintiffs and Defendants Las Vegas Sands Corp. ("LVS"), Sheldon G. Adelson and William P. Weidner stipulate to extend the deadline for LVS to comply with Magistrate Foley's January 14, 2016 Order ("Order") by 1 week, from January 28, 2016 to February 4, 2016. The Order indicated that the time

1 for compliance could be extended by stipulation of the parties. (Dkt. 190 at
2 23). This is the first extension requested, and despite LVS's diligence, is
3 necessary for LVS to collect and review the documents and information
4 needed to comply with the Order.

| MORRIS LAW GROUP | ROBBINS GELLER RUDMAN & DOWD LLP |
|---|---|
| By /s/ Raleigh Thompson<br>  Steve Morris, Bar No. 1543<br>  Akke Levin, Bar No. 9102<br>  Raleigh Thompson, Bar No. 11296<br>  900 Bank of America Plaza<br>  300 South Fourth Street<br>  Las Vegas, NV  89101 | By /s/ Spencer Burkholz<br>  Spencer A. Burkholz<br>  Steven Pepich<br>  Eric I. Niehaus<br>  Christopher D. Stewart<br>  Robbins Geller Rudman<br>    & Dowd LLP<br>  655 W. Broadway, Suite 1900<br>  San Diego, CA  92101 |
| Walter C. Carlson (*pro hac vice*)<br>James W. Ducayet (*pro hac vice*)<br>Courtney A. Hoffmann (*pro hac vice*)<br>SIDLEY AUSTIN LLP<br>1 South Dearborn<br>Chicago, IL  60603<br>*Attorneys for Defendants Las Vegas Sands Corp. and Sheldon G. Adelson* | David C. O'Mara<br>The O'Mara Law Firm, P.C.<br>311 E. Liberty Street<br>Reno, NV  89501<br>*Attorneys for Plaintiff* |
| BROWNSTEIN HYATT FARBER SCHRECK, LLP | |
| By /s/ Tamara Beatty Peterson<br>  Tamara Beatty Peterson<br>  100 North City Pkwy., #1600<br>  Las Vegas, NV  89106 | |
| William F. Sullivan<br>D. Scott Carlton<br>Paul Hastings LLP<br>515 S. Flower Street<br>Los Angeles, CA  90071<br>*Attorneys for Defendant William P. Weidner* | |

## ORDER

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: January 28, 2016