THE O'MARA LAW FIRM, P.C.
DAVID C. O'MARA (Nevada Bar No. 8599)
311 East Liberty Street
Reno, NV 89501
Telephone: 775/323-1321
775/323-4082 (fax)

Liaison Counsel

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| FRANK J. FOSBRE, JR., Individually and On Behalf of All Others Similarly Situated,<br><br>                Plaintiff,<br><br>  vs.<br><br>LAS VEGAS SANDS CORP., et al.,<br><br>                Defendants. | No. 2:10-cv-00765-APG-GWF<br>**(Consolidated)**<br><br><u>CLASS ACTION</u><br><br>**ORDER** |

STIPULATION AND [~~PROPOSED~~] ORDER ESTABLISHING BRIEFING
SCHEDULE FOR LVS DEFENDANTS' MOTION TO EXCLUDE
THE TESTIMONY OF PROFESSOR STEVEN P. FEINSTEIN

(FIRST REQUEST)

1114080_1

Plaintiffs Pompano Beach Police & Firefighters' Retirement System and Alaska Electrical Pension Fund ("Plaintiffs") and Defendants Las Vegas Sands Corp., Sheldon G. Adelson, and William P. Weidner (together, the "Defendants") stipulate to the following briefing schedule on the LVS Defendants' Motion to Exclude the Testimony of Professor Steven P. Feinstein Under Fed. R. Evid. 702 and *Daubert* (Dkt. No. 196) (the "*Daubert* Motion"), filed January 22, 2016, which will extend the time for Plaintiffs and the Defendants to file response and reply points and authorities:

| Matter | Proposed Due Date |
| --- | --- |
| Plaintiffs' Response | March 11, 2016 |
| Defendants' Reply | April 8, 2016 |

This is the first extension requested, and it will allow briefing on the Defendants' *Daubert* Motion to parallel the briefing schedule established for summary judgment. *See* Order Regarding Case Management Schedule at 3 (Dkt. No. 133).

DATED:  February 2, 2016

ROBBINS GELLER RUDMAN
  & DOWD LLP
SPENCER A. BURKHOLZ
STEVEN W. PEPICH
ERIC I. NIEHAUS
CHRISTOPHER D. STEWART


      s/ SPENCER A. BURKHOLZ
SPENCER A. BURKHOLZ

**IT IS SO ORDERED.**

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

UNITED STATES DISTRICT JUDGE
Dated:  February 3, 2016.

Lead Counsel for Plaintiff

THE O'MARA LAW FIRM, P.C.
DAVID C. O'MARA (Nevada Bar No. 8599)
311 East Liberty Street
Reno, NV  89501
Telephone:  775/323-1321
775/323-4082 (fax)

- 2 -

                                                  Liaison Counsel

                                                  SUGARMAN & SUSSKIND
                                                  ROBERT SUGARMAN
                                                  100 Miracle Mile, Suite 300
                                                  Coral Gables, FL  33134
                                                  Telephone:  305/529-2801
                                                  305/447-8115 (fax)

                                                  Additional Counsel for Plaintiff

DATED:  February 2, 2016            SIDLEY AUSTIN LLP
                                                  WALTER C. CARLSON
                                                  JAMES W. DUCAYET
                                                  COURTNEY A. HOFFMANN


                                                   s/ COURTNEY A. HOFFMANN w/permission
                                                         COURTNEY A. HOFFMANN

                                                  One South Dearborn
                                                  Chicago, IL 60603
                                                  Telephone:  312/853-7000
                                                  312/853-7036 (fax)

                                                  Attorneys for Defendants Las Vegas Sands Corp.
                                                  and Sheldon G. Adelson

DATED:  February 2, 2016            PAUL HASTINGS LLP
                                                  WILLIAM F. SULLIVAN
                                                  D. SCOTT CARLTON
                                                  SARAH KELLY-KILGORE


                                                     s/ D. SCOTT CARLTON w/permission
                                                         D. SCOTT CARLTON

                                                  515 South Flower Street, 25th Floor
                                                  Los Angeles, CA 90071
                                                  Telephone:  213/683-6000
                                                  213/627-0705 (fax)

                                                  Attorneys for Defendant William Weidner

1114080_1