UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| FRANK J. FOSBRE, JR., individually and on behalf of all others similarly situated,<br><br>              Plaintiff,<br><br>v.<br><br>LAS VEGAS SANDS CORPORATION, SHELDON G. ADELSON, and WILLIAM P. WEIDNER,<br><br>              Defendants. | Case No. 2:10-CV-00765-APG-GWF<br><br>**ORDER GRANTING MOTION TO SEAL**<br><br>(Dkt. #211) |

For the reasons stated in the defendants' motion,

IT IS ORDERED that the defendants' motion to seal **(Dkt. #211) is GRANTED**.

IT IS FURTHER ORDERED that **Dkt. #197 shall remain sealed.**

IT IS FURTHER ORDERED that the defendants shall file a publicly-accessible redacted supplement to their appendix that unseals the exhibits and portions of exhibits that the defendants no longer seek to keep sealed (Exhibits 17, 18, 21, 116, 128, and parts of 115, 117, 118, 124, and 125).

DATED this 11th day of February, 2016.

                                                            _____
                                                            ANDREW P. GORDON
                                                            UNITED STATES DISTRICT JUDGE