1
2
3
4
5              **UNITED STATES DISTRICT COURT**

6                    **DISTRICT OF NEVADA**

7

8   FRANK J. FOSBRE, JR.,  Individually and on          )   Case No.  2:10-cv-00765-APG-GWF
    Behalf of All Others Similarly Situated,             )   **Consolidated with:**
9                                                         )   Case No.:  2:10-cv-01210-APG-GWF
                        Plaintiff,                        )
10                                                        )
    vs.                                                   )   **ORDER**
11                                                        )
    LAS VEGAS SANDS CORP., *et al.*,                      )
12                                                        )
                        Defendants.                       )
13  _____)

14

15          Pursuant to Order (#190), Defendants submitted documents for the Court's *in camera* review

16   on February 4, 2016.  Defendants' submission included supplementation to their privilege logs as

17   well as a description of the duties and roles undertaken by employees of Goldman Sachs and

     Jefferies. *See Defendants' Counsel's Letter to Court dated February 4, 2016.*  The Court has now
18
     completed its *in camera* review of the documents submitted by Defendants.  The Court has
19
     determined that the documents are within the scope of the attorney-client privilege and therefore
20
     need not be produced to Plaintiffs.
21
            **IT IS SO ORDERED.**
22
            DATED this 29th day of February 2016.
23

24

25                                                     _____
                                                       GEORGE FOLEY, JR.
26                                                     United States Magistrate Judge

27

28