THE O'MARA LAW FIRM, P.C.
DAVID C. O'MARA (Nevada Bar No. 8599)
311 East Liberty Street
Reno, NV  89501
Telephone:  775/323-1321
775/323-4082 (fax)

Liaison Counsel

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| FRANK J. FOSBRE, JR., Individually and On Behalf of All Others Similarly Situated,<br><br>            Plaintiff,<br><br>   vs.<br><br>LAS VEGAS SANDS CORP., et al.,<br><br>            Defendants. | No. 2:10-cv-00765-APG-GWF<br>**(Consolidated)**<br><br>CLASS ACTION |

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE THEIR OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT UNDER SEAL

1127711_1

The Court having considered Plaintiffs' Motion for Leave to File Their Opposition to Defendants' Motions for Summary Judgment Under Seal (the "Motion"), and good cause appearing from the Motion:

IT IS HEREBY ORDERED that the Motion is GRANTED.  The parties have 21 days to meet and confer to determine what documents, if any, should remain sealed and whether an agreement can be reached.  If necessary, defendants will file a motion requesting that the Opposition to Defendants Sheldon G. Adelson, Las Vegas Sands Corp. and William P. Weidner's Motions for Summary Judgment (the "Opposition") or portions remain filed under seal.  If no motion is filed by that date, the Opposition will be unsealed.

IT IS SO ORDERED.

DATED:  March 17, 2016    _____
THE HONORABLE ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

1127711_1