✎AO450 (Rev. 5/85)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

Frank J. Fosbre, Jr., individually and on behalf of all others similarly situated

Plaintiffs,

V.

Las Vegas Sands Corporation, et al

Defendants.

**JUDGMENT IN A CIVIL CASE**

Case Number:  2:10-cv-00765-APG-GWF

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.**  A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

that judgment is hereby entered in favor of defendants against plaintiffs pursuant to Order #272

January 4, 2017

Date

/s/ Debra K. Kempi

Clerk

/s/ Justin Matott

(By) Deputy Clerk